# UNITED STATES DISTRICT COURT

for the

Western District of Texas

KARLA GALLEGOS

*Plaintiff(s)*

v.

MESILLA VALLEY TRANSPORTATION

*Defendant(s)*

Civil Action No. 3:21-cv-00044

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MESILLA VALLEY TRANSPORTATION
9525 Escobar, El Paso, Texas 79907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEVEN BLANCO
BLANCO, ORDONEZ, MATA & WESCHLER
5715 Cromo Dr. El Paso, TX 79912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/01/2021



*Signature of Clerk or Deputy Clerk*